381 A.2d 902

Commonwealth ex rel. Fisher, Appellant, v. Rabinowitz, et ux.

Argued September 16, 1977. Harvey Strauss, with him H. David Spirt, for appellant; Bruce E. Endy, with him Joseph B. Meranze, for appellees.

Order affirmed.

---

381 A.2d 902

Commonwealth ex rel. Langer v. Langer, Appellant.

Argued September 13, 1977. G. Clark, with him James T. McHale, for appellant; John E. V. Pieski, for appellee.

Order affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.